Howard J. Russell, Esq.
Nevada Bar No. 8879
*hrussell@wwhgd.com*
Ryan T. Gormley, Esq.
Nevada Bar No. 13494
*rgormley@wwhgd.com*
Weinberg, Wheeler, Hudgins,
  Gunn & Dial, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada  89118
Telephone:   (702) 938-3838
Facsimile:   (702) 938-3864

Steven D. Turner (State Bar No. 172852)
*Admitted Pro Hac Vice*
sturner@jonesturner.com
Mariyetta A. Meyers-Lopez (State Bar No. 244352)
*Admitted Pro Hac Vice*
mmeyers@jonesturner.com
JONES TURNER, LLP
2 Venture, Suite 220
Irvine, California 92618
Telephone: 949-435-4100
Facsimile: 949-435-4105

*Attorneys for Defendant*
*Factory Mutual Insurance Company*

FRANK M. FLANSBURG III, ESQ.,
NV Bar No. 6974
fflansburg@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135

BROOK B. ROBERTS, ESQ.
*Pro Hac Vice*
brook.roberts@lw.com
ERIN M. HALLAGAN, ESQ.
*Pro Hac Vice*
erin.hallagan@lw.com
MICHAEL HUGGINS
micheal.huggins@lw.com
LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, California 92130
Telephone: (858) 523-5400
Facsimile: (858) 523-5450

CHRISTINE G. ROLPH
*Pro Hac Vice*
christine.rolph@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street NW, Ste 1000
Washington, DC 20004-1304
Telephone: (703) 272-3322

*Attorneys for Plaintiff*
*Golden Entertainment, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GOLDEN ENTERTAINMENT, INC., <br><br> Plaintiff, <br><br> vs. <br><br> FACTORY MUTUAL INSURANCE COMPANY, <br><br> Defendant. | Case No.: 2:21-cv-00969-APG-EJY <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING MOTION TO DISMISS BRIEFING SCHEDULE** |

Plaintiff Golden Entertainment, Inc. ("Golden"), by and through its undersigned counsel, and Factory Mutual Insurance Company ("FMIC"), by and through its undersigned counsel (both hereinafter collectively referred to as the "Parties"), hereby submit this Joint Stipulation and Proposed Order for briefing of FMIC's Motion to Dismiss (ECF No. 022) in the above-referenced action as follows:

WHEREAS, on May 20, 2021, FMIC removed the pending matter to this Court pursuant to FRCP 4(d)(3) (ECF No. 001);

WHEREAS, on June 21, 2021, the Parties filed with this Court their Joint Status Report (ECF No. 019);

WHEREAS, on June 21, 2021, Golden filed a Motion to Remand with this Court (ECF No. 021);

WHEREAS, on June 28, 2021, the Parties held a telephonic meet and confer during which the Parties discussed briefing scheduling for the anticipated Motion to Dismiss, among other things; and,

WHEREAS, On July 2, 2021, FMIC filed its Motion to Dismiss (ECF No. 022);

NOW, THEREFORE, it is hereby stipulated by and between the Parties as follows:

1. Golden's Opposition to FMIC's Motion to Dismiss shall be filed with this Court on July 30, 2021; and

2. FMIC's Reply in support of its Motion to Dismiss shall be filed with this Court on August 20, 2021;

SO STIPULATED.

DATED: July 7, 2021                    */s/ Steve Turner*
                                        Steven D. Turner, Esq.
                                        Mariyetta Meyers-Lopez, Esq.
                                        JONES TURNER, LLP
                                        2 Venture, Suite 220
                                        Irvine, California 92618
                                        Telephone: (949) 435-4100
                                        Facsimile: (949) 435-4105

|   |   |   |
|---|---|---|
| 1 |  | Howard J. Russell, Esq. |
| 2 |  | Ryan T. Gormley, Esq. |
|   |  | WEINBERG, WHEELER, HUDGINS, |
|   |  | GUNN & DIAL, LLC |
| 3 |  | 6385 South Rainbow Blvd., Suite 400 |
| 4 |  | Las Vegas, Nevada 89118 |
|   |  | Telephone: (702) 938-3838 |
| 5 |  | Facsimile: (702) 938-3864 |
| 6 |  | *Attorneys for Defendant* |
|   |  | *Factory Mutual Insurance Company* |

DATED: July 7, 2021        /s/ Frank M. Flansburg III
                           FRANK M. FLANSBURG III, ESQ.,
                           BROWNSTEIN HYATT FARBER SCHRECK, LLP
                           100 North City Parkway, Suite 1600
                           Las Vegas, NV 89106-4614
                           Telephone: 702.382.2101
                           Facsimile: 702.382.8135

                           BROOK B. ROBERTS, ESQ.
                           ERIN M. HALLAGAN, ESQ.
                           MICHAEL HUGGINS, ESQ.
                           LATHAM & WATKINS LLP
                           12670 High Bluff Drive
                           San Diego, California 92130
                           Telephone: (858) 523-5400
                           Facsimile: (858) 523-5450

                           CHRISTINE G. ROLPH
                           LATHAM & WATKINS LLP
                           555 Eleventh Street NW, Ste 1000
                           Washington, DC 20004-1304
                           Telephone: (703) 272-3322

                           *Attorneys for Plaintiff*
                           *Golden Entertainment, Inc.*

**IT IS SO ORDERED.**

DATED: __July 7, 2021__, 2021        _____
                                     Honorable Andrew P. Gordon
                                     United States District Judge

                                     CASE NO. 2:21-cv-00969-APG-EJY

3

**JOINT STIPULATION AND [PROPOSED] ORDER**                    2:21-CV-00969-APG-EJY