FRANK M. FLANSBURG III, ESQ., NV Bar No. 6974
fflansburg@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135

BROOK B. ROBERTS, ESQ. (*pro hac vice*)
brook.roberts@lw.com
LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, California 92130
Telephone: (858) 523-5400
Facsimile: (858) 523-5450

*Attorneys for Plaintiff Golden Entertainment, Inc.*
[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GOLDEN ENTERTAINMENT, INC., <br><br> Plaintiff, <br><br> vs. <br><br> FACTORY MUTUAL INSURANCE COMPANY, <br><br> Defendant. | Case No.: 2:21-cv-00969-APG-EJY <br><br> **STIPULATION TO STAY INITIAL DISCLOSURES** |

1  Pursuant to Fed. R. Civ. P. 26(a)(1)(C), Plaintiff Golden Entertainment, Inc. ("Golden")
2  and Defendant Factory Mutual Insurance Company ("FM"), by and through their respective
3  counsel of record, hereby jointly request the Court to stay the deadline for initial disclosures and
4  stipulate as follows:

5  WHEREAS, the current deadline for the parties to exchange initial disclosures is
6  September 30, 2021 (Dkt. Nos. 43-44);

7  WHEREAS, the Court held oral argument on Golden's Motion to Remand on
8  September 16, 2021 (Dkt. No. 55), at which hearing the Court asked the parties to consider whether
9  a motion for certification of questions to the Nevada Supreme Court may be advisable in this case;

10  WHEREAS, Golden intends to file a Motion to Certify Questions of Law to the Nevada
11  Supreme Court and Memorandum of Points and Authorities, pursuant to Nevada Rule of Appellate
12  Procedure 5, and Golden respectfully submits that this motion should be decided before the parties
13  exchange initial disclosures.  FM does not believe that certification of any questions to the Nevada
14  Supreme Court is warranted in this matter and will oppose any such motion to certify;

15  WHEREAS, FM filed a Motion to Dismiss on July 2, 2021 (Dkt. No. 22), which has been
16  fully briefed and remains pending, and Golden filed a Motion to Stay Proceedings on
17  August 10, 2021 (Dkt. No. 40), which has been fully briefed and remains pending; and

18  WHEREAS, FM respectfully submits that the Court should proceed with ruling on the
19  pending motion to dismiss, and Golden respectfully submits that the Court should first consider
20  and rule on the upcoming motion to certify or motion to stay.  In either case, the Parties agree that
21  the exchange of initial disclosures should be stayed until the Court rules on the next procedural
22  steps;

23  NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties that:

The deadline for the Parties to exchange initial disclosures shall be stayed until further order or direction from the Court.

Dated: September 28, 2021

| | |
|---|---|
| BROWNSTEIN HYATT FARBER SCHRECK, LLP | LATHAM & WATKINS LLP |
| By: */s/ Frank M. Flansburg* <br> FRANK M. FLANSBURG III, ESQ. <br> Nevada Bar No. 6974 <br> 100 North City Parkway, Suite 1600 <br> Las Vegas, NV 89106-4614 | BROOK B. ROBERTS, ESQ.* <br> MICHAEL L. HUGGINS, ESQ.* <br> ERIN M. HALLAGAN, ESQ.* <br> 12670 High Bluff Drive <br> San Diego, California 92130 <br><br> CHRISTINE G. ROLPH, ESQ.* <br> 555 Eleventh Street, NW, Suite 1000 <br> Washington, D.C. 20004-1304 <br><br> *admitted pro hac vice <br><br> *Attorneys for Plaintiff* <br> *Golden Entertainment, Inc.* |

Dated: September 28, 2021

| | |
|---|---|
| WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC | JONES TURNER LLP |
| By: */s/ Howard J. Russell* <br> HOWARD J. RUSSELL, ESQ. <br> Nevada Bar No. 8879 <br> RYAN T. GORMLEY, ESQ. <br> Nevada Bar No. 13494 <br> 6385 South Rainbow Blvd., Suite 400 <br> Las Vegas, Nevada 89118 | STEVEN D. TURNER, ESQ.* <br> MARIYETTA A. MEYERS-LOPEZ* <br> 2 Venture, Suite 220 <br> Irvine, California 92618 <br><br> *admitted pro hac vice <br><br> *Attorneys for Defendant* <br> *Factory Mutual Insurance Company* |

**IT IS SO ORDERED; provided, however, the parties shall submit a status report approximately every 90 days, measured from the date of this Order, regarding the procedural posture of the case.**

_____
**HON. ELAYNA J. YOUCHAH**
**U.S. MAGISTRATE JUDGE**

**Dated: September 28, 2021**