| | |
|---|---|
| Ryan T. Gormley, Esq.<br>Nevada Bar No. 13494<br>rgormley@wwhgd.com<br>WEINBERG, WHEELER, HUDGINS,<br>  GUNN & DIAL, LLC<br>6385 South Rainbow Blvd., Suite 400<br>Las Vegas, Nevada 89118<br>Telephone:(702) 938-3838<br>Facsimile: (702) 938-3864<br><br>*Attorneys for Defendant*<br>*Factory Mutual Insurance Company* | Steven D. Turner, Esq.<br>*Admitted Pro Hac Vice*<br>sturner@jonesturner.com<br>Mariyetta Meyers-Lopez, Esq.<br>*Admitted Pro Hac Vice*<br>mmeyers@jones@jonesturner.com<br>JONES TURNER, LLP<br>2 Venture, Suite 220<br>Irvine, CA 92618<br>Telephone: (949) 435-4100 |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GOLDEN ENTERTAINMENT, INC.,<br><br>  Plaintiff,<br><br>vs.<br><br>FACTORY MUTUAL INSURANCE<br>COMPANY,<br><br>  Defendants. | Case No.: 2:21-cv-00969-CDS-EJY<br><br>**STIPULATION TO SUBSTITUTE COUNSEL** |

Pursuant to LR IA 11-6, Defendant Factory Mutual Insurance Company ("Defendant"), by and through its undersigned counsel, hereby submits this stipulation to substitute its current Designated Resident Nevada Counsel, Howard J. Russell, Esq., with Ryan T. Gormley, Esq. Mr. Russell serves as Designated Resident Nevada Counsel for Steven D. Turner, Esq. (ECF No. 8) and Mariyetta Meyers-Lopez, Esq. (ECF No. 9). In addition, given that Howard J. Russell, Esq. is no longer a member of the undersigned firm and no longer serves as counsel for Defendant in this matter, it is requested that he be withdrawn from this matter and removed from the CM/ECF service list (hrussell@wwhgd.com) and any other service lists for this matter. Defendant will continue to be represented by undersigned counsel. Defendant and its undersigned attorneys stipulate that:

Pursuant to the requirements of the Local Rules of Practice for this Court, Defendant believes it to be in the best interests of the client(s) to designate Ryan T. Gormley, Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is: 6385 S. Rainbow Blvd, Suite 400, Las Vegas, NV 89118; rgormley@wwhgd.com.

By this designation Defendant and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

The undersigned party appoints Ryan T. Gormley as their Designated Resident Nevada Counsel in this case.

_____
Andrew S. Brooslin
Staff VP, Litigation Senior Counsel

### CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

/s/ Ryan T. Gormley
Designated Resident Nevada Counsel's signature

13494
Bar Number

rgormley@wwhgd.com
Email Address

Represented Client:

/s/ [signature]
Andrew S. Brooslin
Staff VP, Litigation Senior Counsel

Withdrawing Attorney:

/s/ Howard J. Russell
Howard. J. Russell, Esq.

Defendant's Counsel:

/s/ Ryan T. Gormley
Ryan T. Gormley, Esq.
WEINBERG, WHEELER, HUDGINS,
  GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118

/s/Steven D. Turner
Steven D. Turner, Esq.
*Admitted Pro Hac Vice*
JONES TURNER, LLP
2 Venture, Suite 220
Irvine, CA 92618

/s/Mariyetta Meyers-Lopez
Mariyetta Meyers-Lopez, Esq.
*Admitted Pro Hac Vice*
JONES TURNER, LLP
2 Venture, Suite 220
Irvine, CA 92618
Telephone: (949) 435-4100

IT IS SO ORDERED.

Dated: this 20th day of June, 2023.

[signature]
UNITED STATES MAGISTRATE JUDGE