1  FRANK M. FLANSBURG III, ESQ., NV Bar No. 6974
   fflansburg@bhfs.com
2  BROWNSTEIN HYATT FARBER SCHRECK, LLP
   100 North City Parkway, Suite 1600
3  Las Vegas, NV  89106-4614
   Telephone:  702.382.2101
4  Facsimile:  702.382.8135

5  BROOK B. ROBERTS, ESQ. (*pro hac vice*)
   brook.roberts@lw.com
6  LATHAM & WATKINS LLP
   12670 High Bluff Drive
7  San Diego, California 92130
   Telephone: (858) 523-5400
8  Facsimile: (858) 523-5450

9  *Attorneys for Plaintiff Golden Entertainment, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| GOLDEN ENTERTAINMENT, INC., | Case No.: 2:21-cv-00969-CDS-EJY |
|---|---|
| Plaintiff, | |
| vs. | **JOINT STIPULATION TO CONTINUE THE FILING DATE FOR FACTORY MUTUAL INSURANCE COMPANY'S MOTION TO DISMISS IN LIGHT OF PLAINTIFF GOLDEN ENTERTAINMENT, INC.'S INTENTION TO SEEK LEAVE TO FILE A SECOND AMENDED COMPLAINT** |
| FACTORY MUTUAL INSURANCE COMPANY, | |
| Defendant. | |

Plaintiff Golden Entertainment, Inc. ("Golden") has advised defendant Factory Mutual Insurance Company ("FMIC"), that Golden intends to seek leave to file a second amended complaint. As such, the parties, by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, the current deadline for FMIC to file its renewed motion to dismiss is November 20, 2023 (ECF Nos. 83, 84 and 85);

WHEREAS, Golden intends to file a motion on or before November 20, 2023 seeking leave to file a second amended complaint in this matter;

WHEREAS, FMIC (having not yet seen the proposed amended complaint) intends to oppose Golden's motion for leave to file a second amended complaint;

WHEREAS, Golden and FMIC agree that it would be in the interests of the parties and this Court to have the issue of Golden's proposed amendment resolved before FMIC is required to file its motion to dismiss a complaint that may or may not become inactive in the near future; and

WHEREAS, this is the first stipulation for extension of time to file motions since the stay was lifted in this matter and Joint Proposed Discovery Plan and Scheduling Order was adopted (ECF No. 85);

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties that:

1. Golden's motion seeking leave to file a second amended complaint in this matter shall be filed on or before November 20, 2023;
2. The current deadline for FMIC to file its renewed motion to dismiss is vacated; and
3. FMIC shall file its renewed motion to dismiss within 45 days of the Court's order granting or denying Golden's motion for leave to file a second amended complaint.

| | | |
|---|---|---|
| 1 | Dated: November 13, 2023 | |
| 2 | LATHAM & WATKINS LLP | |
| 3 | By: /s/ Brook B. Roberts<br>BROOK B. ROBERTS, ESQ.* | BROWNSTEIN HYATT FARBER SCHRECK, LLP |
| 4 | COREY D. MCGEHEE, ESQ.*<br>12670 High Bluff Drive | FRANK M. FLANSBURG III, ESQ.<br>Nevada Bar No. 6974 |
| 5 | San Diego, California 92130 | 100 North City Parkway, Suite 1600<br>Las Vegas, NV 89106-4614 |
| 6 | CHRISTINE G. ROLPH, ESQ.*<br>555 Eleventh Street, NW, Suite 1000 | |
| 7 | Washington, D.C. 20004-1304 | |
| 8 | *admitted pro hac vice | |
| 9 | Attorneys for Plaintiff<br>Golden Entertainment, Inc. | |
| 10 | | |
| 11 | Dated: November 10, 2023 | |
| 12 | WEINBERG, WHEELER, HUDGINS,<br>GUNN & DIAL, LLC | JONES TURNER LLP |
| 13 | | STEVEN D. TURNER, ESQ.* |
| 14 | By: /s/ Ryan T. Gormley<br>RYAN T. GORMLEY, ESQ. | MARIYETTA A. MEYERS-LOPEZ*<br>2 Venture, Suite 220 |
| 15 | Nevada Bar No. 13494<br>6385 South Rainbow Blvd., Suite 400 | Irvine, California 92618 |
| 16 | Las Vegas, Nevada 89118 | *admitted pro hac vice |
| 17 | | Attorneys for Defendant<br>Factory Mutual Insurance Company |
| 18 | | |
| 19 | | |
| 20 | **IT IS SO ORDERED.** | |
| 21 | | |
| 22 | **HON. ELAYNA J. YOUCHAH** | |
| 23 | **U.S. MAGISTRATE JUDGE** | |
| 24 | **Dated: November 14, 2023** | |