| | |
|---|---|
| 1 | Ryan T. Gormley, Esq. |
| | Nevada Bar No. 13494 |
| 2 | rgormley@wwhgd.com |
| | WEINBERG, WHEELER, HUDGINS, |
| 3 |   GUNN & DIAL, LLC |
| | 6385 South Rainbow Blvd., Suite 400 |
| 4 | Las Vegas, Nevada 89118 |
| | Telephone:(702) 938-3838 |
| 5 | Facsimile: (702) 938-3864 |

Ryan T. Gormley, Esq.
Nevada Bar No. 13494
rgormley@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
  GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Telephone:(702) 938-3838
Facsimile: (702) 938-3864

Steven D. Turner, Esq.
*Admitted Pro Hac Vice*
sturner@jonesturner.com
Mariyetta Meyers-Lopez, Esq.
*Admitted Pro Hac Vice*
mmeyers@jones@jonesturner.com
JONES TURNER, LLP
2 Venture, Suite 220
Irvine, California  92618
Telephone: (949) 435-4100

*Attorneys for Defendant Factory Mutual Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GOLDEN ENTERTAINMENT, INC., | Case No.:  2:21-cv-00969-APG-EJY |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE (1) THE FILING DATES FOR FACTORY MUTUAL INSURANCE COMPANY'S MOTION TO DISMISS AND CORRESPONDING RESPONSES, AND (2) THE DEADLINE FOR FACTORY MUTUAL INSURANCE COMPANY TO PRODUCE CERTAIN DOCUMENTS ORDERED BY THE COURT** |
| FACTORY MUTUAL INSURANCE COMPANY, | |
| Defendant. | |
| | **(FIRST REQUEST)** |

Inasmuch as defendant Factory Mutual Insurance Company ("FMIC") has advised plaintiff Golden Entertainment, Inc. ("Golden") that it needs additional time to complete its production of certain documents and associated privilege log(s) as ordered by the Court at the February 6, 2024 hearing on FMIC's Motion for Protective Order (see ECF No. 106 (Transcript of Proceedings dated February 6, 2024 (held to be the Order of the Court) at 40-56), and the parties wish to work

1

cooperatively to schedule the production deadline so that it falls 14 days prior to the deadline for FMIC to file a responsive pleading to Golden's Second Amended and Supplemental Complaint ("SAC"), and inasmuch as FMIC intends to file a motion to dismiss the SAC, the parties, by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, the current deadline for FMIC to complete its document production is March 22, 2024 (ECF No. 106 at 55);

WHEREAS, the current deadline for FMIC to file its renewed motion to dismiss is April 5, 2024 (ECF No. 104 at 9);

WHEREAS, the current deadline for Golden to file its response to FMIC's renewed motion to dismiss is April 26, 2024 (*Id.*);

WHEREAS, the current deadline for FMIC to file its reply to Golden's response is May 10, 2024 (*Id.*);

WHEREAS, FMIC has made six additional productions since the February 6, 2024 hearing;

WHEREAS, counsel for FMIC represents that it has been diligent in identifying, reviewing and producing the documents ordered by the Court for production at the February 6, 2024 hearing, but needs additional time to complete that production, including any associated privilege logs;

WHEREAS, the firm of Jones Turner, LLP, counsel for FMIC, consists of three attorneys, only two of which are assigned to work on this case given the firm's workload and other pending matters;

WHEREAS, at the February 6, 2024 hearing, the Court invited the parties to seek the Court's assistance with any problems that might arise regarding the production (ECF No. 106 at 56);

WHEREAS, Golden and FMIC agree that it would be in the interests of the parties and this Court to continue FMIC's production deadline by 30 days, up to and including April 23, 2024 and to continue FMIC's filing date for its renewed motion to dismiss to May 7, 2024 (thus allowing a two-week window for Golden to review FMIC's completed production prior to filing of the renewed motion to dismiss); and

WHEREAS, this is the first stipulation for an extension of time to complete the production of documents pursuant to the Court's February 6, 2024 ruling and the second stipulation for an extension of time for FMIC to file its renewed motion to dismiss;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties that:

1. FMIC's production of documents, and any associated privilege logs, pursuant to the Court's February 6, 2024 ruling shall be completed on or before **April 23, 2024**; and
2. FMIC's new filing deadline for its renewed motion to dismiss is **May 7, 2024**.
3. Golden's response to such motion is due **May 29, 2024**.
4. FMIC's reply is due on **June 12, 2024**.

<<continued on next page>>

| | | |
|---|---|---|
| 1 | Dated: March 18, 2024 | |
| 2 | LATHAM & WATKINS LLP | |
| 3 | By: /s/ Corey D. McGehee<br>BROOK B. ROBERTS, ESQ.* | BROWNSTEIN HYATT FARBER SCHRECK, LLP |
| 4 | JOHN M. WILSON, ESQ*<br>COREY D. MCGEHEE, ESQ.* | FRANK M. FLANSBURG III, ESQ.<br>Nevada Bar No. 6974 |
| 5 | 12670 High Bluff Drive<br>San Diego, California 92130 | 100 North City Parkway, Suite 1600<br>Las Vegas, NV 89106-4614 |
| 6 | | |
| 7 | CHRISTINE G. ROLPH, ESQ.*<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C. 20004-1304 | |
| 8 | | |
| 9 | *admitted pro hac vice | |
| 10 | *Attorneys for Plaintiff*<br>*Golden Entertainment, Inc.* | |
| 11 | | |
| 12 | Dated: March _18 2024 | |
| 13 | WEINBERG, WHEELER, HUDGINS,<br>GUNN & DIAL, LLC | JONES TURNER LLP |
| 14 | By: /s/ Ryan T. Gormley | STEVEN D. TURNER, ESQ.*<br>MARIYETTA A. MEYERS-LOPEZ* |
| 15 | RYAN T. GORMLEY, ESQ.<br>Nevada Bar No. 13494 | 2 Venture, Suite 220<br>Irvine, California 92618 |
| 16 | 6385 South Rainbow Blvd., Suite 400<br>Las Vegas, Nevada 89118 | *admitted pro hac vice |
| 17 | | *Attorneys for Defendant*<br>*Factory Mutual Insurance Company* |
| 18 | | |
| 19 | **IT IS SO ORDERED:** | |
| 20 | [signature] | |
| 21 | **UNITED STATES MAGISTRATE JUDGE**<br>**Dated: March 18, 2024** | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

4