1  Ryan T. Gormley, Esq.
   Nevada Bar No. 13494
2  rgormley@wwhgd.com
   WEINBERG, WHEELER, HUDGINS,
3    GUNN & DIAL, LLC
   6385 South Rainbow Blvd., Suite 400
4  Las Vegas, Nevada 89118
   Telephone:(702) 938-3838
5  Facsimile: (702) 938-3864

6  Steven D. Turner, Esq.
   *Admitted Pro Hac Vice*
7  sturner@jonesturner.com
   Mariyetta Meyers-Lopez, Esq.
8  *Admitted Pro Hac Vice*
   mmeyers@jones@jonesturner.com
9  JONES TURNER, LLP
   2 Venture, Suite 220
10 Irvine, California  92618
   Telephone: (949) 435-4100
11
   *Attorneys for Defendant Factory Mutual*
12 *Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| GOLDEN ENTERTAINMENT, INC., | Case No.: 2:21-cv-00969-APG-EJY |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE (1) THE FILING DATES FOR FACTORY MUTUAL INSURANCE COMPANY'S MOTION TO DISMISS AND CORRESPONDING RESPONSES, AND (2) THE DEADLINE FOR FACTORY MUTUAL INSURANCE COMPANY TO PRODUCE CERTAIN DOCUMENTS ORDERED BY THE COURT** |
| FACTORY MUTUAL INSURANCE COMPANY, | |
| Defendant. | |
| | **(SECOND REQUEST)** |

Inasmuch as defendant Factory Mutual Insurance Company ("FMIC") has advised plaintiff Golden Entertainment, Inc. ("Golden") that it needs additional time to complete its production of certain documents and associated privilege log(s) as ordered by the Court at the February 6, 2024 hearing on FMIC's Motion for Protective Order (see ECF No. 106 (Transcript of Proceedings dated February 6, 2024 (held to be the Order of the Court) at 40-56), and the parties wish to work

1

cooperatively to schedule the production deadline so that it falls 21 days prior to the deadline for FMIC to file a responsive pleading to Golden's Second Amended and Supplemental Complaint ("SAC"), inasmuch as FMIC intends to file a motion to dismiss the SAC, and inasmuch as the Court previously granted one extension at the parties' joint request (ECF No. 108), the parties, by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, the current deadline for FMIC to complete its document production is April 23, 2024 (ECF No. 108 at 3);

WHEREAS, the current deadline for FMIC to file its renewed motion to dismiss is May 7, 2024 (*Id.*);

WHEREAS, the current deadline for Golden to file its response to FMIC's renewed motion to dismiss is May 29, 2024 (*Id.*);

WHEREAS, the current deadline for FMIC to file its reply to Golden's response is June 12, 2024 (*Id.*);

WHEREAS, counsel for FMIC represents that it has been diligent in identifying, reviewing and producing the documents ordered by the Court for production at the February 6, 2024 hearing, but needs additional time to complete that production, including any associated privilege logs;

WHEREAS, the firm of Jones Turner, LLP, counsel for FMIC, consists of three attorneys, only two of which are assigned to work on this case given the firm's workload and other pending matters;

WHEREAS, at the February 6, 2024 hearing, the Court invited the parties to seek the Court's assistance with any problems that might arise regarding the production (ECF No. 106 at 56);

WHEREAS, Golden and FMIC agree that it would be in the interests of the parties and this Court to continue FMIC's production deadline by 30 days, up to and including May 23, 2024 and to continue FMIC's filing date for its renewed motion to dismiss to June 13, 2024 (thus allowing Golden time to review FMIC's completed production prior to filing of the renewed motion to dismiss);

WHEREAS, Golden and FMIC agree that Golden may have four weeks to respond to FMIC's renewed motion to dismiss; and

WHEREAS, this is the second stipulation for an extension of time to complete the production of documents pursuant to the Court's February 6, 2024 ruling and the third stipulation for an extension of time for FMIC to file its renewed motion to dismiss;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties that:

1. FMIC's production of documents, and any associated privilege logs, pursuant to the Court's March 18, 2024 Order (Doc. 108) shall be completed on or before **May 23, 2024**;
2. FMIC's new filing deadline for its renewed motion to dismiss is **June 13, 2024**;
3. Golden's response to such motion is due **July 11, 2024**; and
4. FMIC's reply is due on **July 25, 2024**.

<<< continued on next page >>>

| | | |
|---|---|---|
| 1 | Dated: April 19, 2024 | |
| 2 | LATHAM & WATKINS LLP | |
| 3 | By: */s/ Corey D. McGehee* <br> BROOK B. ROBERTS, ESQ.* | BROWNSTEIN HYATT FARBER SCHRECK, LLP |
| 4 | JOHN M. WILSON, ESQ* <br> COREY D. MCGEHEE, ESQ.* | FRANK M. FLANSBURG III, ESQ. <br> Nevada Bar No. 6974 |
| 5 | 12670 High Bluff Drive <br> San Diego, California 92130 | 100 North City Parkway, Suite 1600 <br> Las Vegas, NV 89106-4614 |
| 6 | | |
| 7 | CHRISTINE G. ROLPH, ESQ.* <br> 555 Eleventh Street, NW, Suite 1000 <br> Washington, D.C. 20004-1304 | |
| 8 | | |
| 9 | **admitted pro hac vice* | |
| 10 | *Attorneys for Plaintiff* <br> *Golden Entertainment, Inc.* | |
| 11 | | |
| 12 | Dated: April 19, 2024 | |
| 13 | WEINBERG, WHEELER, HUDGINS, <br> GUNN & DIAL, LLC | JONES TURNER LLP |
| 14 | By: */s/ Ryan T. Gormley* <br> RYAN T. GORMLEY, ESQ. | STEVEN D. TURNER, ESQ.* <br> MARIYETTA A. MEYERS-LOPEZ* <br> 2 Venture, Suite 220 |
| 15 | Nevada Bar No. 13494 <br> 6385 South Rainbow Blvd., Suite 400 | Irvine, California 92618 |
| 16 | Las Vegas, Nevada 89118 | **admitted pro hac vice* |
| 17 | | *Attorneys for Defendant* <br> *Factory Mutual Insurance Company* |
| 18 | | |
| 19 | **IT IS SO ORDERED:** | |
| 20 | | |
| 21 | **UNITED STATES MAGISTRATE JUDGE** | |
| 22 | **Dated: April 22, 2024** | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |