UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GOLDEN ENTERTAINMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> FACTORY MUTUAL INSURANCE COMPANY, <br><br> Defendant. | Case No. 2:21-cv-00969-APG-EJY <br><br> **ORDER** |

Pending before the Court is Golden Entertainment's Motion to File Under Seal its Opposition to Factory Mutual's Motion to Dismiss. ECF No. 112. On July 12, 2024, the Court issued an Order finding Exhibits H and K are business records containing confidential information that are properly sealed. ECF No. 115. The Court further ordered Factory Mutual to file with the Court information supporting the sealing of Exhibits C, D, E, F, G, I, J, L, and M under the compelling reasoning standard established by Ninth Circuit precedent. *Id*. Factory Mutual filed its response to the Court's July 12th Order on July 25, 2024. ECF No. 118. In its response, Factory Mutual agrees that Exhibits D, E, F, G, and M need not be sealed. *Id*. at 2. With respect to Exhibits C, I, and J, Factory Mutual contends these documents are "Role Restricted" by the company and contain proprietary information—specifically these "Loss Codes are a mechanism created and used internally … for statistical classification of losses." *Id*. at 4, 5. Factory Mutual further states the codes are strictly confidential and not available to the public. *Id*. at 5. With respect to Exhibit L, Factory Mutual contends the email chain contains information about non-parties, other insureds, and proprietary professional and business crisis response strategies all of which are not properly disclosed to the public.

Following review of Exhibits C, I, J, and L the Court finds sufficient justification to permit sealing under the "compelling reason" standard applicable to dispositive motions as established in *Kamakana v. City & Cnty. Honolulu*, 447 F.3d 1172 (9th Cir. 2006).

1

Accordingly, IT IS HEREBY ORDERED that Golden Entertainment's Motion to File Under Seal its Opposition to Factory Mutual's Motion to Dismiss (ECF No. 112) is GRANTED in part and DENIED in part.

IT IS FURTHER ORDERED that Exhibits D, E, F, G, and M to Golden Entertainment's Response to Factory Mutual's Motion to Dismiss, currently filed under seal at ECF No. 114, be unsealed. Golden Entertainment **must** file these Exhibits on the publicly available docket no later than **August 2, 2024**.

IT IS FURTHER ORDERED that Exhibits C, H, I, J, K, and L to Golden Entertainment's Response to Factory Mutual's Motion to Dismiss are and shall remain sealed.

Dated this 26th day of July, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE