1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

GOLDEN ENTERTAINMENT, INC.,

      Plaintiff,

  v.

FACTORY MUTUAL INSURANCE
COMPANY,

      Defendant.

Case No. 2:21-cv-00969-APG-EJY

**ORDER**

Pending before the Court is Defendant's Emergency Motion seeking an Order that relieves Defendant of the requirement to file a response to Plaintiff's Third Amended Complaint ("TAC") until after a motion to strike is decided. ECF No. 131. The Court finds no motion to strike pending on the docket. It is possible the instant Motion is intended as a motion to strike; however, it is not labeled as such and would not be treated as such by the Court as it is presently filed. The Court further finds Defendant seeks a stay of the due date for the responsive pleading, which Defendant— in sum—states is supported by Plaintiff's failure to comply with the Court's Order permitting the filing of the TAC.

In the end, the Court cannot grant the stay requested on the available record. Accordingly, IT IS HEREBY ORDERED that the Emergency Motion for an Order (ECF No. 131) is DENIED without prejudice.

IT IS FURTHER ORDERED that the Court exercises its inherent power and, in the absence of a stay, extends the responsive pleading deadline to **February 7, 2025**.

IT IS FURTHER ORDERED that the parties must meet and confer regarding whether they can agree on a stay of a responsive pleading until such time as the proposed motion to strike is

1    decided by the Court.  Any motion to stay the deadline for the responsive pleading must include a

2    discussion of robust meet and confer efforts.

3         Dated this 29th day of January, 2025.

4

5    _____
     ELAYNA J. YOUCHAH
6    UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28