Ryan T. Gormley, Esq.
Nevada Bar No. 13494
rgormley@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
   GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
Facsimile: (702) 938-3864

Steven D. Turner, Esq. (*PHV*)
sturner@jonesturner.com
Mariyetta Meyers-Lopez, Esq. (*PHV*)
mmeyers@jonesturner.com
JONES TURNER, LLP
2 Venture, Suite 420
Irvine, California 92618
Telephone: (949) 435-4100
Facsimile: (949) 435-4105

*Attorneys for Defendant*
*Factory Mutual Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GOLDEN ENTERTAINMENT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>FACTORY MUTUAL INSURANCE COMPANY,<br><br>Defendant, | Case No.: 2:21-cv-00969-CDS-EJY<br><br>**STIPULATION TO STAY RESPONSIVE PLEADING DEADLINE UNTIL AFTER THE COURT HAS DECIDED FACTORY MUTUAL INSURANCE COMPANY'S PROPOSED MOTION TO STRIKE AND/OR MOTION TO DISMISS** |

Defendant Factory Mutual Insurance Company ("FMIC") and Plaintiff Golden Entertainment, Inc. ("Golden") (collectively, the "Parties") hereby stipulate that FMIC's deadline for filing a responsive pleading to Golden's Third Amended Complaint ("TAC") is stayed until fourteen (14) days after the Court rules on FMIC's proposed motion to strike and/or motion to dismiss (which will be filed on or before February 7, 2025).

In support thereof, the parties state as follows:

1. Golden filed its TAC on January 22, 2025.  (ECF No. 128.)

2. On January 28, 2025, FMIC filed an emergency motion for an order confirming that FMIC need not file its answer (if any) until fourteen (14) days after FMIC's proposed motion to strike is resolved. (ECF No. 131.)

3. On January 29, 2025, the Court denied FMIC's emergency motion without prejudice

1

1  and ordered the parties to "meet and confer regarding whether they can agree on a stay of a
2  responsive pleading until such time as the proposed motion to strike is decided by the Court." (ECF
3  No. 132, at 1:23-2:1.)  The Court also exercised its inherent power by extending the responsive
4  pleading deadline to February 7, 2025.  (*Id*. at 1:21-22.)

5      4.    Counsel for the Parties met and conferred as ordered on January 29, 2025 and again
6  on January 31, 2025, during which they discussed (1) FMIC's intention to file both a motion to
7  strike and a motion to dismiss, and (2) whether FMIC's deadline for a responsive pleading should
8  be tolled pending resolution of those motions.  While the Parties disagree on the merits of such
9  motions, they agree that FMIC's deadline for filing a responsive pleading should be stayed until
10 fourteen (14) days after the Court decides FMIC's proposed motion(s).

11     5.    Wherefore, the Parties respectfully request that the Court stay FMIC's deadline for
12 filing a responsive pleading to Golden's Third Amended Complaint until fourteen (14) days after
13 the Court decides FMIC's proposed motion to strike and/or motion to dismiss.

Respectfully Submitted: January 31, 2025.

| /s/*Corey D. McGehee* | /s/*Steven D. Turner* |
|---|---|
| Corey D. McGehee, Esq. (*PHV*) | Steven D. Turner, Esq. (*PHV*) |
| Brook B. Roberts, Esq. (*PHV*) | Mariyetta A. Meyers-Lopez, Esq. (*PHV*) |
| John M. Wilson, Esq. (*PHV*) | JONES TURNER, LLP |
| Christine G. Rolph, Esq. (*PHV*) | |
| LATHAM & WATKINS LLP | Ryan T. Gormley, Esq. |
| | WEINBERG, WHEELER, HUDGINS, |
| Frank M. Flansburg III, Esq. | GUNN & DIAL, LLC |
| BROWNSTEIN HYATT FARBER SCHRECK, LLP | |
| | *Attorneys for Defendant* |
| | *Factory Mutual Insurance Company* |
| *Attorneys for Plaintiff* | |
| *Golden Entertainment, Inc.* | |

**IT IS SO ORDERED.**

_____   DATED: February 3, 2025
**UNITED STATES MAGISTRATE JUDGE**

2