1  FRANK M. FLANSBURG III, ESQ., NV Bar No. 6974
   fflansburg@bhfs.com
2  BROWNSTEIN HYATT FARBER SCHRECK, LLP
   100 North City Parkway, Suite 1600
3  Las Vegas, NV  89106-4614
   Telephone:  702.382.2101
4  Facsimile:  702.382.8135

5  BROOK B. ROBERTS, ESQ. (*pro hac vice*)
   brook.roberts@lw.com
6  LATHAM & WATKINS LLP
   12670 High Bluff Drive
7  San Diego, California 92130
   Telephone: (858) 523-5400
8  Facsimile: (858) 523-5450

9  *Attorneys for Plaintiff Golden Entertainment, Inc.*
   [Additional Counsel Listed on Signature Page]

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GOLDEN ENTERTAINMENT, INC., | Case No.: 2:21-cv-00969-CDS-EJY |
| Plaintiff | **Order Approving JOINT STIPULATION REGARDING THE PARTIES' RESPONSE AND REPLY DEADLINES TO DEFENDANT FACTORY MUTUAL INSURANCE COMPANY'S MOTION TO DISMISS THE THIRD AMENDED COMPLAINT** |
| vs. | |
| FACTORY MUTUAL INSURANCE COMPANY, | |
| Defendant | [ECF No. 137] |

1    Plaintiff Golden Entertainment, Inc. ("Golden" or "Plaintiff") and Defendant Factory Mutual Insurance Company ("FM") (collectively, the "Parties") hereby stipulate that under the terms of the Joint Discovery Plan and Scheduling Order for this action (ECF No. 129), Golden's response to FM's Motion to Dismiss, or in the Alternative, Motion to Strike the Third Amended Complaint ("MTD") (ECF No. 136) is due on or before February 27, 2025. The Parties also stipulate that FM's reply to Golden's response is due on or before March 13, 2025.

In support thereof, the Parties state as follows:

1.   Golden filed its Third Amended Complaint ("TAC") on January 22, 2025. (ECF No. 128.)

2.   On January 23, 2025, the Court adopted the Parties' Joint Proposed Discovery Plan and Scheduling Order governing, among other things, response and reply deadlines for dispositive motions. (ECF No. 129.)

3.   On February 6, 2025, FM moved to dismiss the TAC with prejudice. (ECF No. 136.) FM's MTD is a dispositive motion.

4.   Under the Scheduling Order, the deadline for a response to a dispositive motion is twenty-one (21) days after the filing of a dispositive motion, and the deadline for a filing a reply is fourteen (14) days after the filing of the response to a dispositive motion. (ECF No. 129 at 2:8-11.)

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties that:

1.   Golden's response to the MTD (ECF No. 136) is due on or before February 27, 2025; and

2.   FM's reply to Golden's response to the MTD is due on or before March 13, 2025.

*<<< Signatures on next page >>>*

Respectfully Submitted: February 7, 2025

LATHAM & WATKINS LLP

By: /s/ Corey D. McGehee
BROOK B. ROBERTS, ESQ.*
JOHN M. WILSON, ESQ.*
COREY D. MCGEHEE, ESQ.*
12670 High Bluff Drive
San Diego, California 92130

CHRISTINE G. ROLPH, ESQ.*
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304

*admitted pro hac vice

Attorneys for Plaintiff
Golden Entertainment, Inc.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

FRANK M. FLANSBURG III, ESQ.
Nevada Bar No. 6974
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614

Respectfully Submitted: February 7, 2025

JONES TURNER LLP

By: /s/ Steven D. Turner
STEVEN D. TURNER, ESQ.*
MARIYETTA A. MEYERS-LOPEZ*
2 Venture, Suite 220
Irvine, California 92618

*admitted pro hac vice

Attorneys for Defendant
Factory Mutual Insurance Company

WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC
By: /s/ Ryan T. Gormley
RYAN T. GORMLEY, ESQ.
Nevada Bar No. 13494
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118

The Court hereby rules as follows: based on the parties' stipulation, Golden Entertainment's response to the motion to dismiss is due on or before February 27, 2025; and Factory Mutual's reply is due on or before March 13, 2025.

_____
UNITED STATES DISTRICT JUDGE

DATED: February 10, 2025