MARK J. CONNOT (10010)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Dr., Suite 700
Las Vegas, Nevada 89135
Telephone:     702.262.6899
Facsimile:      702.597.5503
mconnot@foxrothschild.com
Attorneys for Defendant Factory Mutual Insurance Company

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GOLDEN ENTERTAINMENT, INC., <br><br> Plaintiff, <br><br> vs. <br><br> FACTORY MUTUAL INSURANCE COMPANY, <br><br> Defendant. | Case No.: 2:21-cv-00969-CDS-EJY <br><br> **SUBSTITUTION OF ATTORNEYS** |

Defendant Factory Mutual Insurance Company ("FM"), hereby substitutes Mark J. Connot, of the law firm Fox Rothschild LLP, 1980 Festival Plaza Drive, Suite 700, Las Vegas, Nevada 89135, Tel: (702) 262.6899, mconnot@foxrothschild.com, as counsel of record in place of Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC, 6385 South Rainbow Blvd., Ste. 400, Las Vegas, Nevada 89118.

In addition, on June 3, 2021 the Court entered an Order Approving the Verified Petition for Permission to Practice and Designation of Local Counsel of Steven D. Turner, of Jones Turner, LLP [Dkt 8]. FM further substitutes Mark J. Connot, as associate resident counsel in this action in place of Howard J. Russell, formerly of Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC.

/ /

/ /

/ /

/ /

172416283

I consent to the above substitution:

DATED: May 28, 2025                **FACTORY MUTUAL INSURANCE COMPANY**

*/s/ Stuart D. Hallagan III*\*
Stuart D. Hallagan III
VP and Senior Counsel
Manager of the Americas – Litigation Division

\*E-sig authorization attached.

I consent to the above substitution:

DATED: May 28, 2025                **WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

*/s/ Jeremy R. Alberts*\*
JEREMY R. ALBERTS (10497)
6385 South Rainbow Blvd., Ste. 400
Las Vegas, Nevada 89118
jalberts@wwhgd.com

\*E-sig authorization attached.

I am duly admitted to practice in this District. I consent to the above substitution.

DATED: May 28, 2025                **FOX ROTHSCHILD LLP**

*/s/ Mark J. Connot*
MARK J. CONNOT (10010)
1980 Festival Plaza Dr., Suite 700
Las Vegas, Nevada 89135
mconnot@foxrothschild.com

Please check one:  √   RETAINED, or _____ APPOINTED BY THE COURT.

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED: May 28, 2025

172416283