**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

***

| | |
|---|---|
| GOLDEN ENTERTAINMENT, INC.,<br>Plaintiffs,<br>v.<br>FACTORY MUTUAL INSURANCE COMPANY,<br>Defendant. | Case No.: 2:21-cv-00969-CDS-EJY<br><br>**ORDER** |

The Court has before it Factory Mutual Insurance Company's Motion, Under Protest, for Leave to File Under Seal its Motion for an Order to Show Cause, Supporting Declaration of Steven D. Turner, and Exhibits 1 and 15. ECF No. 209.

The Court recently entered two orders reciting the standard applicable to sealing, which it incorporates by this reference. Regarding Exhibits 1 and 15 to ECF No. 210 (the Motion for an Order to Show Cause), the Court finds as follows. The redacted and unredacted versions of Exhibit 1 (the Agreement) were previously filed sealed and unsealed on the docket. The Court approved filing this document in its unredacted form under seal. There is no change in law or facts presented that causes the Court to alter or reconsider its previous decision. With respect to Exhibit 15, it was not designated by Golden Entertainment as confidential, Golden Entertainment states this is not a protected document (ECF No. 217) and, thus, the Court finds no reason to seal Exhibit 15.

The Court reviewed the unredacted versions of the Motion for an Order to Show Cause and Mr. Turner's Declaration. The Court finds the redaction of some wording may be unnecessary; however, until the Motion for Reconsideration (ECF No. 186) is decided, the Court finds it appropriate to maintain the confidentiality of the redacted information.

Accordingly, IT IS HEREBY ORDERED that Factory Mutual Insurance Company's Motion, Under Protest, for Leave to File Under Seal its Motion for an Order to Show Cause (ECF No. 209) is GRANTED in part and DENIED in part.

IT IS FURTHER ORDERED that the sealed version of Defendant Factory Mutual Insurance Company's Motion for an Order to Show Case (ECF No. 210) is and shall remained sealed.

IT IS FURTHER ORDERED that the unredacted version of Exhibit 1 to the Motion for an Order to Show Cause and Declaration of Steven D. Turner are and shall remain sealed.

IT IS FURTHER ORDERED that Exhibit 15 to the Motion for Order to Show Cause is unsealed. Factory Mutual must file this Exhibit on the publicly available docket no later than **August 3, 2026**.

IT IS FURTHER ORDERED that if the Motion for Reconsideration alters the information previously found appropriately sealed (*see* ECF No. 186), Factory Mutual Insurance Company may again seek to unseal its unredacted Motion for Order to Show Cause, Exhibit 1 thereto, and the Declaration of Steven D. Turner.

Dated this 22nd day of July, 2026.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE