**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

***

GOLDEN ENTERTAINMENT, INC.,

Plaintiffs,

v.

FACTORY MUTUAL INSURANCE COMPANY,

Defendant.

Case No.: 2:21-cv-00969-CDS-EJY

**ORDER**

The Court has before it Golden Entertainment, Inc.'s Motion to Seal its Opposition and Declaration of Corey D. McGehee Submitted in Response to Factory Mutual Insurance Company's Motion for an Order to Show Cause. ECF No. 214.

The parties have filed a slew of motions to seal, many of which (including ECF No. 214) address the same document and information arising from or related to that document filed in an unredacted form under seal. Because the Court's findings regarding sealing are clear, while recognizing Factory Mutual's disagreement with the underlying decision of the Court to seal (*see* ECF No. 186), the Court enters this Order before Factory Mutual's anticipated opposition is filed. This does not connote agreement by Factory Mutual to maintaining the document or information related to or arising from the document under seal.

The above said, and at the risk of redundancy, the Court has made clear that until the Motion for Reconsideration (ECF No. 188) is resolved, the unredacted document and information related or arising therefrom shall remain sealed. The parties need not submit additional motions to seal related to this document or any other that is redacting information related to or arising from this document. Nonetheless, if resolution of the Motion for Reconsideration alters the information previously found appropriately sealed (*see* ECF No. 186), Factory Mutual Insurance Company may again seek to unseal motions, oppositions, replies, exhibits, and declarations previously filed under seal.

Accordingly, IT IS HEREBY ORDERED that Golden Entertainment, Inc.'s Motion to Seal its Opposition and Declaration of Corey D. McGehee Submitted in Response to Factory Mutual Insurance Company's Motion for an Order to Show Cause (ECF No. 214) is GRANTED.

IT IS FURTHER ORDERED that Golden Entertainment's Opposition to the Motion for Order to Show Cause (ECF No. 215) and Declaration of Corey D. McGehee is and shall remain sealed.

Dated this 22nd day of July, 2026.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE