UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GOLDEN ENTERTAINMENT, INC., Plaintiff, v. FACTORY MUTUAL INSURANCE COMPANY, Defendant. | Case No. 2:21-cv-00969-CDS-EJY ORDER |

Factory Mutual Insurance Company previously filed a Motion for an Order to Show Cause Why the Court Should Not Find Golden Entertainment has Violated the Stipulated Order Governing Confidential Information, Request for Interim Protective Measures, Limited Discovery, and Evidentiary Hearing. ECF Nos. 210 (sealed); 211 (redacted) (title cleaned up and shortened). The Court issued an Order regarding the Motion on July 27, 2026. ECF No. 227.

In compliance with the Court's Order, I am in receipt of a copy of each Acknowledgment signed by each individual who received or was alleged to have received Protected Materials (as defined in the parties' Stipulated Confidentiality Order) as referenced in Factory Mutual's Motion or Golden's Opposition thereto. I am also in receipt of declarations authored by each of these individuals that: (i) describes what Protected Materials were received (if any), when the Protected Materials were received, and what, if anything, the declarant did with the Protected Materials upon receipt; (ii) details what and when steps were taken to delete Protected Materials received; (iii) confirms no copies of Protected Materials were kept by the declarants; (iv) confirms not only that there is no intent to sell or transfer Protected Materials or other interests, but there is no plan to sell and that the declarants will not sell unless they provide at least ten business days advance notice to Golden; and (iv) affirms no Protected Materials received were shared in any format with any other person or entity.

No further action is required by Golden Entertainment or any Interested Party as no disclosure of Protected Materials occurred such that any issue raised by Factory Mutual was realized or has the potential to be realized.

The Court considers the matters raised in Factory Mutual's Motion for Order to Show case closed.

Dated this 28th day of August, 2026.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE